IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILBERT BYNES, JR.,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4765

Opinion filed February 5, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Wilbert Bynes, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the December 4, 2014, judgment and sentence as to Count III (possession of a firearm by a convicted felon) in Alachua County Circuit Court case number 01-2013-CF-004715-A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court

for treatment as the notice of appeal.  <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).  If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

OSTERHAUS, KELSEY, and WINOKUR, JJ., CONCUR.